NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 11a0012n.06

**No. 09-6445**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**

**Jan 06, 2011**

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| RONALD EUGENE OWENS, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellant,** | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF KENTUCKY |
| | ) | |
| JAMES STEPHEN WARD, in his individual capacity | ) | **O P I N I O N** |
| as Woodford County Coroner; BLACKBURN & | ) | |
| WARD FUNERAL HOME, INC., | ) | |
| | ) | |
| **Defendants-Appellees.** | ) | |

BEFORE:  MARTIN, NORRIS, and COOK, Circuit Judges.

**PER CURIAM.**   Plaintiff, Ronald Owens appeals from the district court's award of summary judgment to defendants James Stephen Ward and Blackburn & Ward Funeral Home, Inc. and from other rulings of the district court.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to the defendants.

Because the reasoning which supports judgment for defendants has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful purpose.  Accordngly, the judgment of the district court is **affirmed** upon the reasoning

employed by that court in its Opinions and Orders filed on February 25, 2009, September 3, 2009,

October 30, 2009, and November 6, 2009.